IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

VELVET V. ROGERS, A/K/A,
VELVET V. ROGERS-PENNIEGRAFT

: Chapter 13

: Bankruptcy No. 11-36286-NLW

: Our File No. CHL-18744

Debtor

: **NOTICE OF APPEARANCE**
: **AND REQUEST FOR NOTICES**

    Phelan Hallinan & Schmieg, PC does hereby enter its appearance on behalf of Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP in the above captioned bankruptcy matter.

    Please see that all notices are forwarded to Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, New Jersey, 08054-3422.

Phelan Hallinan & Schmieg, PC

Dated: September 26, 2011

/s/ _____
☐ Jaimie Kinberg, Esquire JF4696
☑ Jennifer Gorchow, Esquire JG3150
PHELAN HALLINAN & SCHMIEG, PC
400 Fellowship Road, Suite 100
Mount Laurel, NJ 08054