| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>   VELVET V. ROGERS<br><br>  a.k.a.  Velvet V. Rogers-Penniegraft | |

Order Filed on 11/16/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:  11-36286 NLW

Hearing Date:  11/10/2011

Judge:  NOVALYN L. WINFIELD

Debtor is Entitled To Discharge

ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby ORDERED.

**DATED: 11/16/2011**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

a.k.a.  Velvet V. Rogers-Penniegraft

Case No.:  11-36286 NLW

Caption of Order:    ORDER CONFIRMING PLAN

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 9/20/2011, or as amended on the record at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 10/1/2011, the Debtor shall pay the Standing Trustee

    the sum of $155.00 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $2,600.00.  The unpaid balance of the allowed fee in the amount of $2,600.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that the Debtor must keep the Standing Trustee updated with the status of the personal injury claim and any non-exempt proceeds of said claim shall be contributed to the plan for the benefit of unsecured creditors; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

**CERTIFICATE OF MAILING**

    I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

*Approved by Judge Novalyn L. Winfield November  16, 2011*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 11-36286-NLW
Velvet V Rogers                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: aguida              Page 1 of 2         Date Rcvd: Nov 18, 2011
                        Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2011.
db           +Velvet V Rogers,    37 S 20th St 1st Fl,    East Orange, NJ 07018-3904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2011**                    **Signature:** _Joseph Speetjens_

```
District/off: 0312-2          User: aguida              Page 2 of 2               Date Rcvd: Nov 18, 2011
                              Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2011 at the address(es) listed below:
          Herbert B. Raymond    on behalf of Debtor Velvet Rogers bankruptcy123@comcast.net,
           herbert.raymond@comcast.net;jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Jennifer R. Gorchow    on behalf of Creditor  Bank of America NA as successor by merger to BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing LP nj.bkecf@fedphe.com, Erika.olsen@fedphe.com
          Marie-Ann  Greenberg    magecf@magtrustee.com

                                                                                            TOTAL: 3