# UNITED STATES BANKRUPTCY COURT
## District of New Jersey



## CHANGE OF ADDRESS FORM

This form is to be used to **change** the  address of a party to a bankruptcy or an adversary
proceeding ONLY.  A debtor who wishes to **add** a creditor not previously listed in his schedules
must file an Amendment to Schedule D, E & F and submit a fee of $30.00.

Debtor's name: _____VARIOUS_____     Case number: ____VARIOUS_____

Party's name/type: ___Real Time Resolutions, Inc., Creditor_____
(Example: John Smith, creditor)

Old address:
Real Time Resolutions, Inc
1750 Regal Row, Suite 120
Dallas, Tx 75235

New Mailing Address:
1349 Empire Central Dr., Ste #150
P.O. Box 36655
Dallas, Tx 75247

New PAYMENT address:
P.O. Box 35888
Dallas, Tx 75235

New phone no.: __888-361-7152_____

I hereby certify under penalty of perjury that the above information is correct.  If a debtor, I am
aware that it is my responsibility to notify the Trustee and any affected party of my change of
address.

Date: ___11/6/12_____        /s/Cynthia Allman_____

                                                          Signature

REAL TIME RESOLUTIONS, INC.

| | CASE# | DEB1NAME | DEB2NAME |
|---|---|---|---|
| 1 | 11-11618 | JOY DE SOUZA | EVERALDO DE SOUZA |
| 2 | 10-29758 | WILLIAM RIVERA | SARA RIVERA |
| 3 | 11-13297 | BRANDON L NEWSOME | |
| 4 | 10-24271 | HAMILTON HUGHES | TOSHIBA HUGHES |
| 5 | 09-15410 | LOURDES J ORTEGA | |
| 6 | 09-34996 | JACQUELINE MARTINEZ | |
| 7 | 11-42800 | ERIC LEVY | |
| 8 | 11-36286 | VELVET ROGERS | |
| 9 | 10-16006 | MARK BIANCHI | JOANN BIANCHI |
| 10 | 12-15695 | SEAN K ELVIN | CHRISTINA JOHNSON-CUNNINGHAM |
| 11 | 12-23647 | VICKI  CALDWELL | LEON  CALDWELL |
| 12 | 10-46172 | ANA ARIAS | NELSON ARIAS |
| 13 | 10-19876 | ROCIO MARTINEZ | |
| 14 | 10-46360 | WILLIAM  DIMUCCIO | GLORIA  DIMUCCIO |
| 15 | 10-46122 | KENNETH W LEWIS | |
| 16 | 11-41953 | DORINDA  ZARAGOZA | |
| 17 | 07-27944 | JOSEPH GIAIMO | PATRICIA GIAIMO |
| 18 | 12-17328 | JOSE RIVAS | |
| 19 | 08-32161 | TYRONE WILLIAMS | |
| 20 | 10-14724 | PETER J MIQUELI | |