# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re: **Velvet V Rogers aka Velvet V Rogers-Penniegraft**

Case No. **11-36286-JKS**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Spencer Savings Bank, SLA
Name of Transferee

Bank of America, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

  Bank of America, N.A.
  PO Box 31785
  Tampa, FL 33631-3785

Court Claim # (if known): 18
Amount of Claim: $168,045.56
Date claim Filed: 08/22/2012

Phone:
Last Four Digits of Acct #:   8534

Phone:
Last Four Digits of Acct #:   8534

Name and Address where transferee payments should be sent (if different from above):

  Bank of America, N.A
  PO Box 660933
  Dallas, TX 75266-0933

Phone:
Last Four Digits of Acct #:   8534

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ Sean O'Brien*
Transferee/Transferee's Agent

Date: 12/12/2016

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>Sean O'Brien, Esq.<br>Attorney for SPENCER SAVINGS BANK, SLA, Secured Creditor | Case No.: **11-36286-JKS**<br><br>Chapter 13<br><br>Judge John K. Sherwood |
| In Re:<br><br>**Velvet V Rogers aka Velvet V Rogers-Penniegraft,**<br><br>Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Jennifer Blanchard :

    ❑ represent the _____ in this matter.

    ■ am the secretary/paralegal for FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, who represents SPENCER SAVINGS BANK, SLA in this matter.

    ❑ am the _____ in this case and am representing myself.

2. On December 12, 2016 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Transfer of Claim.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/12/2016                                        */s/ Jennifer Blanchard*
                                                                        Jennifer Blanchard

1

2

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road,<br>Suite 330<br>Fairfield, NJ 07004 | **TRUSTEE** | ❏ Hand-delivered<br>■ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>■ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Herbert B. Raymond<br>7 Glenwood Ave,<br>Suite #408, 4th Floor<br>East Orange, NJ 07017 | **DEBTOR'S ATTORNEY** | ❏ Hand-delivered<br>■ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>■ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| Velvet V Rogers aka<br>Velvet V Rogers-Penniegraft<br>37 S 20th St 1st Fl<br>East Orange, NJ 07018 | **DEBTOR** | ❏ Hand-delivered<br>■ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |

*\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.*

*new.08/01/2016*

2